UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D. CRAFT, SR., <br><br>          Plaintiff, <br><br> -against- <br><br> NEW YORK STATE SUPREME COURT; <br> JUDGE CHRISTIE D'ALESSIO, <br><br>          Defendants. | 22-CV-10266 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against the New York State Supreme Court and the Honorable Christie L. D'Alessio, alleging that these two defendants violated his rights. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a duplicate complaint That case is presently pending before the Court under docket number ECF 1:22-CV-10347, 2. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 22-CV-10347.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of 22-CV-10347.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 9, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                             Chief United States District Judge