UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER D. CRAFT SR,

      Plaintiff,

   -against-

NEW YRK STATE SUPREME COURT; ET
AL,

      Defendants.

22-CV-10266(LTS)

CIVIL JUDGMENT

For the reasons stated in the December 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 9, 2022
     New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
           Chief United States District Judge